JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PEDRO G., ) NO. ED CV 20-818-E
)
        Plaintiff, )
)
  v. ) **JUDGMENT**
)
ANDREW SAUL, Commissioner of )
Social Security, )
)
        Defendant. )
)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED: January 28, 2021.

                                    /S/
                           CHARLES F. EICK
                   UNITED STATES MAGISTRATE JUDGE